JASON DEFOREST (14628)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General
Utah Attorney General's Office
DEREK E. BROWN (10476)
Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
Telephone: 801-537-9801
jdeforest@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JUAB COUNTY, UTAH, a political subdivision; and STATE OF UTAH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, et al., <br><br> Intervenor-Defendants. | **NOTICE OF APPEARANCE OF JASON DEFOREST AS COUNSEL FOR THE PLAINTIFF STATE OF UTAH** <br><br> Case No. 2:12-cv-00462-CW <br><br> Honorable Judge Clark Waddoups |

The undersigned appears as counsel for the State of Utah. Under Rule 5 of the Federal

Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and

other materials relevant to this action should be directed to and served on:

Jason L. DeForest
Assistant Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
jdeforest@agutah.gov


RESPECTFULLY SUBMITTED this 5th day of June, 2026.


/s/ Jason DeForest
JASON DEFOREST
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2026, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE OF JASON DEFOREST AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

*/s/ Jason DeForest*
JASON DEFOREST
*Assistant Attorney General*